Revised 03/06 WDNY

FILED

NOV 30 2018

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

18  CV  6850 T

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.    Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1.____Tina Lynne Wagoner and all others simularly situated____

2._____

-VS-

B.    Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. ____Lori Pettit-Rieman____        4. __Jack Migliori_____

2. ____Ronald D. Ploetz_____   5. __Charles Talbot_____

3. ____Terrence Parker_____  6. __Wendy Widger_____

## 2. STATEMENT OF JURISDICTION

Criminal Complaint: 18USCA §§1503, 1512, 1513, 1951; Racketeering
This is a **Influenced and Corrupt Organization, crcet harassment and All egany** tution of the United **Court files.** This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.
Extorting pauperis ppublic's rights and property via fraudulent
use of legal proceedings, and falsely imprisoning the innocent
people who threaten exposure of State actors concealing private
actors crimes for personal and financial gain.

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Tina Lynne Wagoner and all others simularly situated

Present Place of Confinement & Address: Bedford Hills Correctional Facility
247 Harris Road, P.O.Box 1000
Bedford Hills, N.Y. 10507-2499

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: **Lori Pettit-Rieman**

(If applicable) Official Position of Defendant: **District Attorney**

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: **County Center, 303 Court Street**
**Little Valley, N.Y. 14755**


Name of Defendant: **Ronald D. Ploetz**

(If applicable) Official Position of Defendant: **Judge**

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: **County Center, 303 Court Street**
**Little Valley, N.Y. 14755**


Name of Defendant: **Terrence Parker**

(If applicable) Official Position of Defendant: **was district attorney, now Judge**

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: **Courthouse, 7 Court Street**
**Belmont, N.Y. 14813-1084**


## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
            Yes_____ No_____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        Defendant(s):_____

        _____

2.    Court (if federal court, name the district; if state court, name the county):_____

        _____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

    Is it still pending?  Yes_____ No_____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    _____ Dismissed (check the box which indicates why it was dismissed):

        _____    By court *sua sponte* as frivolous, malicious or for failing to state a claim
                upon which relief can be granted;

        _____    By court for failure to exhaust administrative remedies;

        _____    By court for failure to prosecute, pay filing fee or otherwise respond to a court
                order;

        _____    By court due to your voluntary withdrawal of claim;

    _____ Judgment upon motion or after trial entered for

        _____ plaintiff

        _____ defendant.


B.    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes_____  No_____

If Yes, complete the next section.  NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment,*
*use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.    District Court:_____

3.    Docket Number:_____

4.    Name of District or Magistrate Judge to whom case was assigned:_____

        _____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

    Is it still pending?  Yes_____ No_____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

     _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

     _____ By court for failure to exhaust administrative remedies;

     _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

     _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

     _____ plaintiff

     _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. FIRST CLAIM: On (date of the incident) **Memorial Day weekend, May 2008**

defendant (give the <u>name and position held</u> of <u>each defendant</u> involved in this incident) **Terrence Parker, then, district attorney, Allegany County, and Jack Migliori, Investigator, New York State Police, together, commited acts constituting Official Misconduct, Penal Law, Article 195 and Article 215, section 215.40, when they, believing that certain**
did the following to me (briefly state what each defendant named above did) **physical evidence is about to be produced or use in an official proceeding or prospective official proceeding, and intending to prevent such production or use, he (the) suppresses it (gang violence committed against Jared Wagoner by Richard Darringer and his 20 plus friends, who lured and jointly assaulted Wagoner; this was conceded to by Darringer in a N.Y. State police record where Darringer stated "he was waiting for someone he had a problem with," and other such statements were suppresses. Wagoner was denied a trial on the matter, for over two years and coerced to plead to a crime he did not commit intentionally.**
*Specifically, NO "preliminary jurisdiction" was established in the Alma town court, where the incident occurred—Alma pard—to trigger the commencement in a local criminal court, ~~such~~ because or for the arrest and arraignment in the Wellsville town court, or proceedings that followed, when arrest & arraignment occurred in a different court—is nullity and conferred no authority to arrest.*

The constitutional basis for this claim under 42 U.S.C. § 1983 is: **Violation of Constitutional Rights under Amendments: IV unreasonable seizure, V denied grand jury indictment, due process, VI Speedy Trial, Right to Confront Witnesses and Compulsory process to obtain witnesses, effective** *—See CPL 100.55 practice commander*

The relief I am seeking for this claim is (briefly state the relief sought) **assistance of counsel ,Equal Protection of the law for poor person. Exoneration sought Proper criminal charges filed**

<u>Exhaustion of Your Administrative Remedies for this Claim:</u>

Did you grieve or appeal this claim? _____ Yes **X** No   If yes, what was the result? **Complaint filed with Federal Bureau of Investigation, gang assault**

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

A. SECOND CLAIM: On (date of the incident) **February 18, 2015**

defendant (give the <u>name and position held</u> of <u>each defendant</u> involved in this incident) **Lori Pettit-Rieman, district attorney, Cattaraugus County, and Ronald D. Ploetz, together, unlawfully imprisoned me. I was approached by the Salamanca Police Department via a knock at my door. When I answered, I was told that they had a warrant for my arrest. I went with them to SPD, where I was not processed by warrant exacuting officers, I was detained there until CCSO deputy picked me up and deposited me into Cattaraugus County Jail, where I was held for arraignment the next morning, at arraignment the district attorney conceded that there was no warrant, which was ignored by the Court. I was not being held in CCJ on any other matter, I was not arrested on the indictment charges or**

did the following to me (briefly state what each defendant named above did): _____

any charge relating to the indictment either. This case was
related to Cattaraugus County Family Court, Docket NN-1344-12,
~~which was terminated in October of 2014~~. The sealed indictment
charges stem from evidence obtained under the family court case
in which the D.A. was "special Prosecutor" pursuant to the filing
~~66le complaint pursuant to CPL 10.10(7)~~, and which after a two
year investigation, conducted by SPD Owens, in conjunction with
~~other State agencies, investigatory evidence exonerated me~~.
Riemans official misconduct, by her direct presentment before
a grand jury, knowingly misrepresenting select pieces of of
~~expunged evidence, misleading the jurors intentionally~~, to obtain
a sealed indictment, where no new evidence was produced, she
The constitutional basis for this claim under 42 U.S.C. § 1983 is _____
knowingly made , devised, prepared ~~false physical evidence and~~
produced that evidence at a proceeding knowing it was false,
and at the same time and thereafter, believing, knowing, certain
The relief I am seeking for this claim is (briefly state the relief sought): _____
~~physical evidence, exculpating me, legally available and effective~~
counsel could produce or use it in an official proceeding or
a prospective official proceeding, and intending to prevent
~~such production or use, she suppresses it by an act of~~
~~concealment, alteration, or destruction, employing force (law~~
and cloak of immunity) against administrative remedies to compel.

The case terminated 10/2014, and the felony complaint arrived in December 2014, therefore there was no preliminary jurisdiction established for prosecution to procede to grand jury in February 2015.

Did you grieve or appeal this claim? _____ Yes **X** ____ No   If yes, what was the result? **FBI: ID**
**3731896, 3766470; DOJ via White House: WH20170103-10659312;** see PL 100.55's practice commentary, 1st paragraph; and
**Copy of Criminal Complaint filed with this complaint**
Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? Aside from fact: that deceased deponent recanted his false statement on Nov. 2, 2012 at Family Court, no preliminary jurisdiction since Nov-20[?]

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

These State actors have used the NYS Unified Court System for
corrupt purposes, extorting rights and title to property by
fraudulently using the legal system; and are lying on official
court documents to suit their purpose, which is to prevent of

If you have additional claims, use the above format and set them out on additional sheets of paper.

State actors concealing private actors crimes via the judicial
administration in these two counties.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I want the right to exonerate myself, using the NYS Unified
Court Document which support parts of my claims: and I want
~~the opportunity to obtain and present discoverable material~~
which was suppressed, to prove my, our innocence and free my
child in the process (Emily Wagoner), who has been isolated
and held without jurisdiction, since 10/2012 w/ no contact,
in another county, and forced to testify in a criminal court
without benefit of counsel, by a corrupt state actor.

Do you want a jury trial? Yes **X** ___ No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____*November 11, 2018*_____
                                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

Signature(s) of Plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov. 11 2018_
(date)

November 11, 2018

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Tina Byrne Wagoner and_
_all others semularly situated_

Tina Lynne Wagoner and all others
simularly situated

Signature(s) of Plaintiff(s)

The following declaration is discovered true in the WDNY &SDNY:
   The felony complaint accompanying this complaint against
two counties in New York State, concerning the inconsciable
corruption of integrity of New York State and its Unified Court
System, corrupting the integrity of legislated procedural laws
enacted to prevent said corruption of its system, by knowingly
tampering with physical evidence used or potently used, to
conceal private actors crimes, for financial and or personal
gain, implimenting the cloak of immunity and applying, due to
nature of office, automatic integrity: full faith and credit,
to a claim made against said false use of State integrity,
where evidence exists, other State records and proceedings,
to support Plaintiff's claims and controvert State actor's
actual fraud and misrepresentation in the matter. Egregious
abuse of process, operating outside of preliminary jurisdiction,
imprisoning without arresting me first, then proceeding
regardless of the fact, because the State actor knows that
New York State, and every State in the nation, has, in fact
excluded them from all rights, privileges, and immunities: and
the federal courts know this to be true, but enjoins itself
to and in the fraud perpetrated upon millions of Americans,
under the guise of a "citizens" state right having been violated,
is dispicable, in that the federal courts would, likewise, enjoin
itself to actions resembling Racketeering Influence Corrupt
Organizations extoring this same publics state and federal tax
coffers fraudulently used to cover court costs-judges saleries-
under the false pretense of vindicating violation of
Constitutional rights, which both courts know this class of
persons do not possess. (See. exerpt of Social Construction
of the Idea of Race, anchored to discriminat, and the active
discrimination in the U.S. Constitution).
   In Dread Scott v. Sanford, page 111, it states that IV Article
of the Constitution "is manifestly copied from the fourth of
the Articles of Confederation, with only slight changes of
phraseology, which render its meaning more precise, and dropping
the clause which excluded paupers, vagabonds, and fugatives
from justice, probably because these cases, could be dealt with
under police powers of the state...When the Articles of Conf.
were adopted, we were in the midst of the war of the Revolution..
it was not a time when many were willing to...(fight and die
for the States or nation)...(the states extended the title of
citizen)...it was then a technical difference rather than a
substantial difference...The practical effect which it was
designated to have , and did have, (lying to the undereducated
poor to get them to fight for them), under the former Gov.,
itit was designated to have, and should have, under the new
Government: U.S. of America and U.S. Constitution

all Of these have been sent, filed w. US Dist. Cou

Exhibits:

Accusations: Counts 1 and 2

I. New York State Unified Court System:

a) Cattaraugus County Court transcript, in part, pp. 39, 40 - Kiernan-Direct-Saltzman. [Ind. 15-48, June 2016]

b) Cattaraugus County, Family Court-Docket No. NN-1341-12, Filing Oct. 2012.

c) Cattaraugus County Family Court - Amended petition, page 7 - Nov. 2, 2012, that:

i) acknowledges child's disclosure of rape

ii) names perpetrator: Christopher Terhune,

iii) That is affirmed, that day of October 30, of 2012, at the Child Advocacy Center, where:

I.a) - according to this court record:
CPS and law enforcement were present during disclosure; and

I.b) - p7-Court record, the disclosure is acknowledged by the DSS, on the record is being made, then, by the child; Furthermore:

d) The Assessment: signed and dated by Dr. Pamela Salzman, on October 30, of 2012, verifies officially, medically, that the disclosure of an August 28, 2012 rape did occur, and the arrest of Christopher Terhune is the duty of SPD Owens and

U.S. DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
U.S. COURTHOUSE, 2 NIAGARA SQUARE
BUFFALO, NEW YORK 14202

Chief Judge: Frank P. Geraci, Jr.,
Kenneth B. Keating Fed. Bldg.,
U.S. Courthouse, Suite 2720
Rochester, New York 14614-1387


STATE OF NEW YORK          )
WESTCHESTER COUNTY         )    ss:


    I, Tina Lynne Wagoner, deposes and says, under penalty of perjury:

1. I am the complaintant of the following accusatory instrument: felony complaint.

2. And, my allegations are supported by evidence that corroborats the charges: exhibits appended.

### THE OFFENSES CHARGED

### COUNT ONE

    Tina Lynne Wagoner accuses Lori Pettit-Rieman and Tina Owens and Patricia Growney and Christopher Terhune of the crime of RAPE IN THE FIRST DEGREE, a class B felony, contrary to §130.35(4) of the Penal Law of the State of New York, committed as follows:

    On August 28, 2012, in the City of Salamanca, Cattaraugus County, New York, the accused, Lori Pettit-Rieman and Tina Owens and Patricia Growney and Christopher Terhune, acting jointly and in concert with each other, and each aiding and abetting the other, engaged in sexual intercourse with another person who was less than 13 years old and the accused was more than eighteen (18) years old.

### COUNT TWO

    Tina Lynne Wagoner accuses Lori Pettit-Rieman and Tina Owens and Patricia Growney of the crime of OFFICIAL Misconduct, a class A misdemeanor, contrary to §195.00(2) of the Penal Law of the State of New York, committed as follows:

    On October 30, 2012, in the City of Olean, Cattaraugus County, New York, the accused, Lori Pettit-Rieman and Tina Owens and Patricia Growney, acting jointly and in concert with each other, and each aiding and abetting the other, knowingly refrained from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.

## COUNT THREE

Tina Lynne Wagoner accuses Lori Pettit-Rieman and Tina Owens and Patricia Growney of the crime of TAMPERING WITH PHYSICAL EVIDENCE, A CLASS E felony, contrary to §215.40(2) of the Penal Law of the State of New York, committed as follows:

On or about November 2, 2012, in the City of Olean, Cattaraugus County, New York, the accused, Lori Pettit-Rieman and Tina Owens and Patricia Growney, acting jointly and in concert with each other, and each aiding and abetting the other, believed that certain physical evidence is about to be produced or used in an official proceeding or a prospective official proceeding, and intending to prevent such production or use, he suppresses it by an act of concealment, alteration or destruction, or by employing force, intimidation or deception against any person.

## COUNT FOUR

Tina Lynne Wagoner accuses Lori Pettit-Rieman and Tina Owens and Patricia Growney and Sherry Puvel and Michael L. Nenno and Wendy Widger and Andy widger and Stephen Riley and Dave Prior and Rachel Mitchel and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz of the crime of KIDNAPPING IN THE FIRST DEGREE, A CLASS A-I felony, contrary to §135.25(2) of the Penal Law of the State of New York, committed as follows:

On or about November 15, 2012, in the City of Olean, Cattaraugus County, New York, the accused Lori Pettit-Rieman and Tina Owens and Patricia Growney and Sherry Puvel and Michael Nenno and Wendy Widger and Andy Widger and Stephen Riley and Dave Prior and Rachel Mitchell and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz, acting jointly and in concert with each other, and each aiding and abetting the other, he restrains the person abducted for a period of more than twelve hours with intent to: (a)inflict physical injury upon him or violate him or abuse him sexually; or (b) accomplish or advance the commission of a felony; or (c) terrorize him or a third person; or (d) interfere with the performance of a governmental or political function.

## COUNT FIVE

Tina Lynne Wagoner accuses Sherry Puvel and Michael Nenno and Wendy Widger and Andy Widger and Stephen Riley and Dave Prior and Rachel Mithchel and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz of the crime of OFFICIAL MISCONDUCT, a class A misdemeanor, contrary to §195.00(2) of the Penal Law of the State of New York, committed as follows:

On or about and during November 15, 2012, he knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.

### COUNT SIX

Tina Lynne Wagoner accuses Lori Pettit Rieman and Tina Owens and Patricia Growney and Sherry Puvel and Michael Nenno and Wendy Widger and Andy Widger and Stephen Riley and Dave Prior and Rachel Mitchell and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz of the crime of TAMPERING WITH A WITNESS IN THE FOURTH DEGREE, a class A misdemeanor, contrary to §215.10 of the Penal Law of the State of New York, committed as follows:

On or about November 15, 2012, in the City of Olean, Cattaraugus County, New York, the accused Lori Pettit-Rieman and Tina Owens and Patricia Growney and Sherry Puvel and Michael Nenno and Wendy Widger and Andy Widger and Stephen Riley and Dave Prior and Rachel Mitchel and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz, acting jointly and in concert with each other, and aiding and abetting the other, he wrongfully induces or attempts to induce such person to absent himself from, or otherwise to avoid or seek to avoid appearing or testifying at, such action or proceeding and he knowingly makes any false statement or practices any fraud or deceit with intent to affect the testimony of such person.

### COUNT SEVEN

Tina Lynne Wagoner accuses Lori Pettit-Rieman and Tina Owens and Patricia Growney and Sherry Puvel and Michael Nenno and Wendy Widger and Andy Widger and Stephen Riley and Dave Prior and Rachel Mitchel and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz of the crime of TAMPERING WITH PHYSICAL EVIDENCE, A CLASS E felony, contrary to §215.40(2) of the Penal Law of the State of New York, committed as follows:

On or about and during May 15, 2012, in the City of Olean, Cattaraugus County, New York, the accused, Lori Pettit-Rieman and Tina Owens and Patricia Growney and Sherry Puvel and Michael Nenno and Wendy Widger and Andy Widger and Stephen Riley and Dave Prior and Rachel Mitchel and Rachel Murray and Melissa Biggie and Mark Howden and Bryan Milks and Daniel Piccioli and Ronald Ploetz, acting jointly and in concert with each other, and each aiding and abetting the other, believing that certain physical evidence is about to be produced or used in an official proceeding or a prospective official proceeding, and intending to prevent such production or use, he suppresses it by an act of concealment, alteration or destruction, or by employing force, intimidation or deception against any person.

### COUNT EIGHT

Tina Lynne Wagoner accuses Patricia Growney and Wendy Widger and Andy Widger and Stephen Riley and Rachel Mitchel and Bryan Milks and Michael Nenno and Charles Talbot and Daniel Piccioli and Stephen Ciocca of the crime of INSURANCE FRAUD IN THE SECOND DEGREE, a class C felony, contrary to §176.25 of the Penal Law of the State of New York, committed as follows:

On or about or during December 4, 2012, in the City of
Olean, Cattaraugus County, New York, the accused, Patricia
Growney and Wendy Widger and Andy Widger and Stephen Riley and
Rachel Mitchel and Bryan Milks and Michael Nenno and Charles
Talbot and Daniel Piccioli and Stephen Ciocca, acting jointly
and in concert with each other, and each aiding and abetting
the other, wrongfully takes, obtains or withholds, or attempts
to wrongfully take, obtain or withhold property with a value
in excess of fifty thousand dollars.

## COUNT NINE

Tina Lynne Wagoner accuses Patricia Growney and Wendy
Widger and Andy Widger and Stephen Riley and Rachel Mitchel
and Bryan Milks and Michael Nenno and Charles Talbot and Daniel
Piccioli and Stephen Ciocca of the crime of FALSIFYING BUSINESS
RECORDS IN THE FIRST DEGREE, a class E felony, contrary to
§175.10 of the Penal Law of the State of New York, committed
as follows:

On or about or during December 4, 2012, in the City of
Olean, Cattaraugus County, New York, the accused, Patricia
Growney and Wendy Widger and Andy Widger and Stephen Riley and
Rachel Mitchel and Bryan Milks and Michael Nenno and Charles
Talbot and Daniel Piccioli and Stephen Ciocca, acting jointly
and in concert with each other, and each aiding and abetting
the other, with intent to defraud, makes or causes a false entry
in the business records of an enterprise, and with his intent
to defraud includes an intent to commit another crime or the
conceal the commission thereof.

## COUNT TEN

Tina Lynne Wagoner accuses Patricia Growney and Wendy
Widger and Andy Widger and Stephen Riley and Rachel Mitchel
and Bryan Milks and Michael Nenno and Charles Talbot and Daniel
Piccioli and Stephen Ciocca of the crime of OFFICIAL MISCONDUCT,
a class a misdemeanor, contrary to §195.00 1of the Penal Law
of the State of New York, committed as follows:

On or about or during December 4, 2012, in the City of
Olean, Cattaraugus County, New York, the accused, Patricia
Growney and Wendy Widger and Andy Widger and Stephen Riley and
Rachel Mitchel and Bryan Milks and Michael Nenno and Charles
Talbot and Daniel Piccioli and Stephen Ciocca, acting jointly
and in concert with each other, and each aiding and abetting
the other, committs an act relating to his office but
constituting an unauthorized exercise of his official functions,
knowing that such act is unauthorized.

## COUNT ELEVEN

Tina Lynne Wagoner accuses Charles Talbot and Christopher
Terhune and Tiffany Wolfanger and Patricia Growney and Wendy
Widger and Andy Widger and Stephen Riley and Rachel Mitchel
and Bryan Milks and Michael Nenno and Daniel Piccioli and Stephen
Ciocca and Lori Pettit-Rieman and Ronald Ploetz and Dave Prior
and Mark Howden and Tina Owens and Kristen Lassiter and Adam
Carlson and Steve Dombeck and Robert Kosinski of the crime of

CONSPIRACY IN THE SIXTH DEGREE, a class B misdemeanor, contrary to §105.00 of the Penal Law of the State of New York, committed as follows:

On or about and during August 28, 2012, in the City of Salamanca, Cattaraugus County, New York, the accused, Charles Talbot and Christopher Terhune and Tiffany Wolfanger and Patricia Growney and Wendy Widger and Andy Widger and Stephen Riley and Rachel Mitchel and Bryan Milks and Michael Nenno and Daniel Piccioli and Stephen Ciocca and Lori Pettit-Rieman and Ronald Ploetz and Dave Prior and Mark Howden and Tina Owens and Kristen Lassiter and Adam Carlson and Steve Dombeck and Robert Kosinski, acting jointly and in concert with each other, and aiding and abetting the other, with intent that conduct constituting a crime be performed, he agrees with one or more person to engage in or cause the performance of such conduct.

## COUNT TWELVE

Tina Lynne Wagoner accuses Charles Talbot and Tiffany Wolfanger and Wendy Widger and Andy Widger and Stephen Riley and Rachel Mitchel and Bryan Milks and Michael Nenno and Daniel Piccioli and Stephen Ciocca and Ronald Ploetz and Dave Prior and Mark Howden and Kristen Lassiter and Stephen Dombeck and Robert Kosinski of the crime of RAPE IN THE FIRST DEGREE, A CLASS B felony, contrary to §130.35(4) of the Penal Law of the State of New York, committed as follows:

On or about and during August 28, 2012, in the City of Salamanca, Cattaraugus County, New York, the accused, Charles Talbot and Tiffany Wolfanger and Wendy Widger and Andy Widger and Stephen Riley and Rachel Mitchel and Bryan Milks and Michael Nenno and Daniel Piccioli and Stephen Ciocca and Ronald Ploetz and Dave Prior and Mark Howden and Kristen Lassiter and Stephen Dombeck and Robert Kosinski, acting jointly and in concert with each other, and each aiding and abetting the other, engaged in sexual intercourse with another person who was less than 13 years old and the accused was more than eighteen (18) years old.

## COUNT THIRTEEN

Tina Lynne Wagoner accuses Charles Talbot and Wendy Widger and Andy Widger and Stephen Riley and Rachel Mitchel and Bryan Milks and Michael Nenno and Daniel Piccioli and Stephen Ciocca and Ronald Ploetz and Dave Prior and Mark Howden and Kristen Lassiter and Steve Dombeck and Robert Kosinski of the crime of OFFICIAL MISCONDUCT, a class A misdemeanor, contrary to §195.00(2) of the Penal Law of the State of New York, committed as follows:

On or about and during August 28, 2012, the accused, Charles Talbot and Wendy Widger and Andy Widger and Stephen Riley and Rachel Mitchel and Bryan Milks and Michael Nenno and Daniel Piccioli and Stephen Ciocca and Ronald Ploetz and Dave Prior and Mark Howden and Kristen Lassiter and Steven Dombeck and Robert Kosinski knowingly refrained from performing a duty

which is imposed upon him by law or is clearly inherent in the
nature of his office.

### COUNT FOURTEEN

Tina Lynne Wagoner accuses Charles Talbot and Kristen
Lassiter and Steve Dombeck and Robert Kosinski of the crime
of TAMPERING WITH PHYSICAL EVIDENCE, a class E felony, contrary
to §215.40(1) of the Penal Law of the State of New York,
committed as follows:

On or about or around August 28, 2012, the accused,
Charles Talbot and Kristen Lassiter and Steve Dombeck and Robert
Kosinski, acting jointly and in concert with each other, and
each aiding and abetting the other, knowingly makes, devises
or prepares false physical evidence or produces or offers such
evidence at such a proceeding knowing it to be false.

Dated: August 20, 2018

Tina Lynne Wagoner
247 Harris Road
Bedford Hills Correctional Facility
Bedford Hills, New York 10507-2499

Sworn 8/20/18

notary public

Cashiem C. Burroughs
Notary Public
State of New York
Certified in the Bronx County
01BU6270573
Commission Expires 10/22/2020

U.S. DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

U.S. COURTHOUSE, 2 NIAGARA SQUARE        STATE OF NEW YORK        )

BUFFALO, NEW YORK 14202                  WESTCHESTER COUNTY       ):ss

Chief Judge Frank P. Geraci, Jr.,
Kenneth B. Keating Fed. Bldg.,
U.S. Courthouse, Suite 2720
Rochester, New York 14614

I, Tina Lynne Wagoner, under penalty of perjury, deposes and
says:

I.    I am the complaintant of the following accusatory instrument
      and felony complaint.

II.   Accusation:

      i) I accuse Ronald D. Ploetz and Lori Pettit Rieman of
the crime of TAMPERING WITH PHYSICAL EVIDENCE, a class E felony,
contrary to §215.40(2) of the Penal Law of the State of New
York, committed as follows:

      On or about and during December 11, 2017, in the City
of Little Valley, Cattaraugus County, New York, the accused,
Ronald D. Ploetz and Lori Pettit Rieman, acting jointly and
in concert with each other, and each aiding and abetting the
other, believed that certain physical evidence is about to be
produced or used in an official proceeding or a prospective
official proceeding, and intending to prevent such production
or use, he suppresses it by an act of concealment, alteration
or destruction, or by employing force, intimidation or deception
against any person.

      ii) I accuse Ronald D. Ploetz and Lori Pettit Rieman of
the crime of OFFICIAL MISCONDUCT, a class A misdemeanor, contrary
to §195.00(2) of the Penal Law of the State of New York,
committed as follows:

      On or about and during December 11, 2017, in the City
of Little Valley, Cattaraugus County, New York, the accused,
Ronald D. Ploetz and Lori Pettit Rieman, acting jointly and
in concert with each other, and each aiding and abetting the
other, knowingly refrained from performing a duty which is
imposed upon him by law or is clearly inherent in the nature
of his office.

      iii) I accuse Lori Pettit Rieman and Tanya Kilby and Tina
Owens of the crime of TAMPERING WITH PHYSICAL EVIDENCE, a class
E felony, contrary to §215.40(1) of the Penal Law of the State
of New York, committed as follows:

      On or about May 24, 2018, in the City of Little
Valley, Cattaraugus County, New York, the accused, with intent
that it be used or introduced in an official proceeding or a
prospective official proceeding, he knowingly makes, devises
or prepares false physical evidence, acting jointly and in
concert with each other, and each aiding and abetting the
other, produces and offers such evidence at such a proceeding

knowing it to be false.

iv) I accuse Lori Pettit Rieman and Tanya Kilby and Tina Owens of the crime of OFFICIAL MISCONDUCT, a class A misdemeanor, contrary to §195.00(2) of the Penal Law of the State of New York, committed as follows:

On or about May 24, 2016, in the City of Little Valley, Cattaraugus County, New York, the accused, Lori Pettit Rieman and Tanya Kilby and Tina Owens, acting jointly and in concert with each other, and each aiding and abetting the other, knowingly refraines from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.

I want them charged.

Dated: August 26, 2016

Gina Lynne Gelser
247 Harris Pond
Bedford Hills, New York 10507

Sworn This 8/26/18

X _____
notary public

Cashiem C. Burroughs
Notary Public
State of New York
Certified in the Bronx County
01BU6270573
Commission Expires 10/22/2020

... which did not have jurisdiction over him. Wellsville Town Court. He should have been arraigned in Alma Town Court. This charge should be expunged after he was forced to plead out in 2011

Statement of facts for accusations made on August 25, 2018, regarding allegations of Tampering With Physical Evidence, Professional Misconduct, Gang Assault in the first degree, Menacing in the third degree, Conspiracy in the fifth degree, all counts accused "Hate Crimes", Tampering with a Witness in the third degree, and Intimidating a Victim or Witness in the third degree, committed by fact, as follows:

On May 30, 2008, Jared Wagoner was invited to attend a gathering at Alma Pond Camp Ground by Dillan Briggs.

Jared Wagoner had originally been invited by his brother Joel Wagoner to attend a cook out at Dylan Briggs home on Brooklyn Avenue, in Wellsville, N.Y. [Allegany County]. But upon arrival at Briggs home, Briggs was in the driveway, on his cell phone, and Briggs asked if the Wagoner's would like to drive him to a gathering - Birthday party - at Alma Pond Camp ground. The

driver, Joel Wagoner, agreed to drive
him - Brings to the party; At 10:30 - 11 pm approx.
the three arrived at Alma Pond Camp Ground.
The three commenced to leave, about an
hour later. While walking away from
the group, to get to the car, they
were jumped from behind. Jared
Wagoner was hit over the head with
some sort of club or board. He managed
to escape the frenzy, and hid in
the weeds. He was trying to locate
his brother, Joel, and could not get
to the car, because the group was hanging
around the car. He called - out of concern
- for his brother and headed toward the
car to find his brother. When he -
Jared - was spotted by the group, they
all came toward him. Jared began to
run toward a neighboring camp-home.
The group caught him in the entrance
of the neighboring-camps driveway and
the group commenced beating Jared to the
ground and stomping him in the face,
head, and body. The Owner of the
camp-home heard the frenzy, the
commotion and went out to see
what was taking place. He witnessed
the gang of kids assaulting a kid

who was on the ground at the end of his driveway. He was afraid to go out and help the person. so he and his wife called the state Police.

Meanwhile, the group, during their continued assault, ignored the man's order to get off his property. At some point, after the man yelled that he had called the police, the kid managed to get to his knees, he then pulled out a pocket-key chain knife and began waving it in an attempt to fend off his attackers. His pen knife caught a hoodie and nicked a kid who was still punching him in the head. Then when the kid noticed he was nicked he and his friends ran off — all running to their cars and leaving.

The State police arrived some time later. They questioned Wagoner-Jared, and began their investigation.

The NYS Amity Troop A State Police statements reveal that Richard Barringer admitted to waiting at the party for "someone He had a problem with."

The Investigator, Jack Migliori, told me that he was not going to charge Richard Darringer — Because his mother is a nice lady.

Around 10 am the next day Joel Wagoner received a call from Dylan Briggs — who had ran off with the gang after the assault — and did not wait for the police to arrive — Dylan was on speaker phone and he said to Joel: "I got your back if you got mine."

Later, around 11 am, I was at Giant Food Mart, and Hillary Briggs was cashier, and she was ringing up Joel Wagoner's purchach, when she said to Joel — "I thought that they only had a problem with Jared" and she said "Yah, me too."

Jared Wagoner was denied a trial on the facts, the evidence was suppress — while his mother, sister and himself where litterally chased — via car — out of Bolivar, after one of the assailants said "How'd you like that ass whippin the other night!" Tina Lynn Wagoner

U.S.DISTRICT COURT WESTERN DISTRICT OF NEW YORK
U.S. COURTHOUSE 2 NIAGERA SQUARE
BUFFALO, NEW YORK 14202

I, Tina Lynne Wagoner, herein make the following accusations:

I. I accuse Terry Parker and Jack Migliori of the crime of
TAMPERING WITH PHYSICAL EVIDENCE, a class E felony, contrary
to §215.40(2) of the Penal Law of the State of New York,
committed as follows:

    On or about February of 2010, in the City of Belmont,
Allegany County, New York, the accused, Terry Parker and Jack
Migliori, acting jointly and in concert with each other, and
each aiding and abbetting the other, believing that certain
physical evidence is about to be produced or used in an official
proceeding or a prospective official proceeding, and intending
to prevent such production or use, he suppresses it by any act
of concealment, alteration or destruction, or by employing force,
intimidation or deception against any person.

II. I accuse Terry Parker and Jack Migliori of the crime of
PROFESSIONAL MISCONDUCT, a class A misdemeanor, contrary to
§195.00(2) of the Penal Law of the State of New York, committed
as follows:

    On or about February of 2010, in the City of Belmont, Allegany
County, New York, the accused, Terry Parker and Jack Migliori,
acting jointly and in concert with each other, and aiding and
abetting the other, knowingly refraines from performing a duty
which is imposed upon him by law or is clearly inherent in the
nature of his office.

III. I accuse Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Richard Darringer of
the crime of GANG ASSAULT IN THE FIRST DEGREE, a class B felony,
contrary to §120.07 of the Penal Law of the State of New York,
committed as follows:

    On or about May 30, 2008, in the City of Alma, Allegany
County, New York, Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Richard Darringer, acting
jointly and in concert with each other, and each aiding and
abetting the other, intended to cause serious physical injury

to another person and when aided by two or more other persons
actually present, he caused serious physical injury to such
person or to a third person.

IV. I accuse Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hilary Briggs and Joel Wagoner and Richard
Darringer of the crime of MENACING IN THE THIRD DEGREE, a class
B misdemeanor, contrary to § 120.15 of the Penal Law of the
State of New York, committed as follows:

On or about May 30, 2008, in the City of Alma, Allegany
County, New York, Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Joel Wagoner and Richard
Darringer, acting jointly and in concert with each other, and
each aiding and abetting the other, when he intentionally places
or intends to place another person in fear of death, imminent
serious physical injury or physical injury.

V.   I accuse Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Joel Wagoner and Richard
Darringer of the crime of CONSPIRACY IN THE FIFTH DEGREE, a
class A misdemeanor, contrary to §105.05 of the Penal Law of
the State of New York, committed as follows:

On or about May 30, 2008, in the City of Alma, Allegany
County, New York, Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Joel Wagoner and Richard
Darringer, acting jointly and in concert with each other, and
each aiding and abetting the other, with intent that conduct
constituting a felony be performed, he agrees with one or more
persons to engage in or cause the performance of such conduct.

VI. I accuse Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Joel Wagoner and Richard
Darringer of the crime of HATE CRIMES, [accusations I – V],
contrary to §485.05 of the Penal Law of the State of New York,
committed as follows:

On or about May 30, 2008, in the City of Alma, Allegany
County, New York, Terry Parker and Jack Migliori and Dylan Briggs
and Cory Burdick and Hillary Briggs and Joel Wagoner and Richard
Darringer, acting jointly and in concert with each other, and

each aiding and abetting the other, intentionally selects the
person against whome the offense is committed or intended to
be committed in whole or in substantial part because of a belief
or perception regarding the race, color, national origin,
ancestry, gender, religion, religious practice, age, disibility
or sexual orientation of a person, regardless of whether the
belief or perception is correct.

VII. I accuse Terry Parker AND Thomas Turbovich and Justin
Jablonski with the crime of TAMPERING WITH A WITNESS IN THE
THIRD DEGREE, a class E felony, contrary to §215.11 of the Penal
Law of the State of New York, committed as follows:

On or about February of 2010, in the City of Belmont,
Allegany County, New York, Terry Parker and Thomas Turbovich
and Justin Jablonski, acting jointly and in concert with each
other, and each aiding and abetting the other, he wrongfully
compels or attempts to compel such a person to swear falsely
by means of instilling in him a fear that the actor will cause
physical injury to such a person or another person.

VIII. I accuse Terry Parker and Thomas Turbovich and Justin
Jablonski of the crime of INTIMIDATING A VICTIM OR A WITNESS
IN THE THIRD DEGREE, a class E felony, contrary to §215.15 of
the Penal Law of the State of New York, committed as follows:

On or about February of 2010, in the City of Belmont,
Allegany County, New York, Terry Parker and Thomas Turbovich
and Justin Jablonski, acting jointly and in concert with each
other, and each aiding and abetting the other, wrongfully
compels or attempts to compel such other person to refrain from
communicating such information to any court, grand jury,
prosecutor, police officer or peace officer by means of
instilling in him a fear that the actor will cause physical
injury to such other person or another person.

Affirmed under penalty of perjury, this 25th day of August,
2018.

Tina Lynne Wagoner

EXECUTIVE OFFICE OF THE PRESIDENT
The White House
1600 Pennsylvania Avenue, N.W.,
Washington, DC 20500

President Donald J. Trump
Attn. Robert Bauer

cc: THE GOVERNOR
Executive Chamber
State Capitol
Albany, N.Y. 12224

Governor Andrew M. Cuomo
Attn. Alphonso David

Sirs,

The federal and state court system is in jeopardy. Certain
individuals operating under immunity have turned the court
setting and judicial administration into a playground for
racketeering, and their corrupting actions and influence is
used to extort rights, privileges, and immunities, which technically do not exist, and take
property, or parental-rights to possess children, for personal
and financial gain, from private actors, while simultaneously
concealing the private-actors crime.

It is practically common knowledge that paupers or poor
people are excluded from rights, privileges, and immunities.
See the enclosed research report or excerpt of my report: "Social
Construction of the Idea of Race: Construed Origin, Form, and
Context, as Interpreted within the United States Constitution...

The fact is that approximately 90% of the nation falls in
this category; and the second fact is that certain individuals:
district attorney's are using this fact, which is little known
to the public, to discard state legislated legal proceedures,
laws of this state, to "put" innocent people in prison while
concealing their and private actors crimes, and in particular,
targeting innocent people, who fight them by lawful means: ergo,
letters, threat of exposure, should someone with enough authority
to do something about their abuse of law and oppression of the
public.

Personally, I was thouroughly appalled, myself, to learn
that the State's decided to call the poor-public "citizens"
in name only, so that they would lay down their lives for the
States in the Revolution (Dread Scott v. Sanford, p.111), and
the federal court stating that "the just conclusion is, though
the Constitution cured the inaccuracy of the language (which
would be politically incorrect today to state: "Paupers,
vagabonds,..excepted" or excluded from rights), it left the
substance of this article in the National Constitution the same
as it was in the Articles of Confederation, i.e., Article IV.

The entire Federal and State structures do not require over-
turning, but the current system does require Executive protection
and safeguarding.

The fact that the United States Supreme Court made the following statement as they understood the situation: "It was said that their [paupers] lives were at the mercy of bad men [corrupt state actors aiding private actors] either because the laws for their protection were insufficient r were not enforced...Something more was [is] necessary in the way of Constitutional protection to the unfortunate [excluded-deceived] race who had [does] suffer [lays down his life for his country and his posterity] so much." 83us36(1872).

Implimenting, both, federal and state Executive orders, on the grounds of national obligation to them that have served, and are in service, as a matter of national honor and security, a law which would remove the blind of shame from lady justice, and ensure to all of America's people, justice: mandating State Officers, i.e., district attorney's, on down the line of police powers, to strict adherence to State procedural laws and obligating the federal courts to, not only enforce State adherence, but to reverse prior legal standing, strengthening the standing in the once marked holding protections, such as in Mapp and the exclusionary rules.

These steps are the proper course, in light of the fact that "when the Articles of Confederation were adopted, we were in the midst of the war of the Revolution,...It was not a time when many, save the children of the soil, were willing to embark their fortunes in our cause; and though there might be an innacuracy in the use of the words to call free inhabitants citizens, it was then a technical rather than a "substantial" difference" [Dread Scott v. Sanford, 60us393].

This outrageous deception by the states against the American public has become a tool for racketeering in this State's unified court system, to the toon of hundreds of billions a year; and over eighty billion a year in 2015, to run prisons, themselves. The States have become the payees, paid out from tax-coffers, in an amount for a single inmate, per year, that would support 12 families for a year: except most single familiies do not even get $5,083. per year. Tell me this is not a racket: to pay themselves and their posterity, and their posterities posterity. And wealths influence is seen in the courts, in decisions such as Affluenza, because the "kid" was to wealthy to know he should not drive drunk, but hey, he only killed two poor people, right?

I want me and my innocent child (ren) to have our lives back. We were law abiding, and productive, even though we did not seek to get righ, we had what we cherished, each other, and worked toward our goals and dreams. Some of us do not want to rule the world, we just want to live peaceably in it.

I pray for a pardon for my daughter and myself, and for a president who will see to it to protect us while he rules our world.

Tina Lynne Wagoner,
who was happy being just a mom until her daughter was kidnapped by fraudulent use of legal proceedings

Tina Lynne Wagoner
Sociology 101
Prof. Julia Goggin-Gardner
November 5, 2018

Social Construction of the Idea of Race: Construed Origin, Form, and Context, as

Interpreted within—the United States Constitution's—Bill of Rights

I developed this treatise on the social construction of the idea of race from field study ethnography; and balanced writing replication by transposing observations with content analysis extrapolated from high validity legal documents, books, and other news material, as my qualitative method of scientific research. I discovered and exampled the delineation of race from existing constructions made by the United States Supreme Court and its district courts. The examples presented typify race application, in its empirical construct. The information both posits and answers questions, by example, regarding the form of anchored association effects caused by the independent variable: citizen and its dependant variable: character of citizen, or exception, applicable to discrimination claim. The initial failure to demonstrate consistency amidst, dependant variables of race types, and their connection to their individual application, result in frustrations. I discovered that frustrations, created by perceived acts of discrimination or violation of one's rights, result from a lack of understanding the construction or the concept behind as the word citizen, its exclusion, changed its dependent character influence, and its use, as construed in the construction of the constitution. Therefore, it was necessary to deconstruct the ineffectual interpretation or the experience-defined interpretation anchored discrimination, by color, sex, other, exampled by its ineffectual result, in order to determine the actual delineation for race's citizen character or excepted character or denied inclusion. The reliability and validation of this methods conclusion draw from case law or precedents which caste according to each race, once the character is pied the established.

This essay comprises information gleaned through a non-reductionistic field study, participant observation, content analysis, compare and contrast of research previously conducted in articles, books, and legal records to provide an astute and accurate way to understand race in American history, under the republic democratic claim. union; and the part it has played in the lives of the public. It clearly explains the delineation of races through the explanation of its application in legal decisions; and presents the effects that it has had on the public, past and present, every day life in of America. Everyone has felt or believed discriminated against, at some point in times but discovered even the court could not help in many instances. This brief expose on race and rights will help one to understand and answer the questions: how and why discrimination anchors to race; and most importantly, why the courts are not designed to nor authorized to change the situation legally.

First, however, it is necessary to deconstruct the current social construction of the idea of race before understanding its proper construction. Many erroneous assumptions about discrimination caused by the misinterpretation misapplication of concepts: freedom equals citizenship, citizenship equals rights, and rights demand equality, according to

law. Belief that the United States Constitution guarantees the right to equality: equal treatment and opportunities, which applies to every race in a democratic society, is an erroneous assumption. Currently, invalid claims overwhelm the federal courts because they are based upon erroneous assumption that equate freedom with rights, but associating freedom with anything other than choices is wrong. Freedom does not make you a citizen, in the sense of possessing the entitlement of rights, or its nature of equality, applied under Constitutional law. The error of this particular assumption is a result produced by the Constitution's collective use of the word citizen: which actually contains an unknowable antonym to its assumed status, delineating two types of character, and the contention hidden within that one word is not all-inclusive.

I. Deconstruction Process: Separating Social Experience's Idea of Race and

Replacing the Idea with Constitutional Reality of Race

   One perspective: the sociological imagination, created by C. Wright Mills, enables me to shows the great American racial divide and the impact that separation of race has had in our democratic society. This perspective looks beyond the ideas about race and discrimination based on circumstance and experience individuals face, and portrays of the literal use and effects of race, exampled in this thesis, using the profoundly and significant example in American history, the era during and after slavery. The examples presented will help to convey the severity of the level of equality, misapplication. It will show the importance of understanding context, concerning the individual, and the larger social applications and their implications for the negative effect the wrong idea has on one race. Such as, its application in our system's structures: judicial, administration of law, state's zoning and placement of industries within communities, etcetera. The effects have a devastating impact upon certain persons and communities in a democratic society. The information will also help explain the political-condition causing demographic discrimination against a race. The information also explains why one race is separated from the other, one excluded from considerations that are a given, for the benefit of the other class, which approximately, constitutes less than 2% of the public-mass.

II. The Irony of Simile

   A proper understanding will redefine the present erroneous concept, refuting the idea of rights possession based on freedom movement and free will. Truth about racial equality, or inequality, as you will see, in white-America's social structure, compares in the literal sense to this analogy: On a cattle ranch there is corralled cattle, which are contained within the boundaries of the ranch, like slaves on a plantation. Then there were free-range cattle; which wandered the entire confines of the ranch's property, much like the white-public within a state or nation, yet both groups of cattle are property; both groups are owned. Unlike the white public, the slave's confinement to the plantation caused them to know they were property; the white public, however, was drawn to America. The white people were escaping oppression, devastation, and death due to disease, which had emerged with industrialization in their homeland. America, to them, represented hope and a dream. Unfortunately, neither race completely understood the other race's history at that time; nor did they understand that both were excluded from that

2

entitlement to all privileges and immunities reserved for the other character of free citizens in the several states.

### III. The Migration: Establishing A Public

Did the 'dangerous class,' in the following excerpt, inspire the government of those countries, which were trying to control the uprisings, to explore, find a new territory to relocate? Moreover, was the 'hook,' freedom from oppression and hope for the future, used, just to inspire the 'dangerous class', the desperate dreamers, to willingly flee to the promise land?

From the perspective of the people who were suffering in their homelands, migration to America appeared to be a blessing. The people from Britain, France, and Germany were experiencing widespread social upheaval caused by industrialization. "People working long hours for tiny wages, insufficient food, and inadequate shelter" (McIntyre, 11), plagued the people. "These urban poor terrified the urban middle and upper classes—and it was easy to see why. There were obvious and strong links between poverty, riots, and revolutions. In France the urban poor were referred to as the dangerous class." "Among the new urbanites were millions of desperately poor people. Five-year old children worked fifteen-hour days in factories, and countless numbers of unattached men and women could barely earn a living wage. Industry was dangerous, and if the factory did not kill you, the open sewers and lack of clean water probably would…The big city slums represented reservoirs of infectious diseases and epidemics, meaning not only the poor, but the life and health of the upper class as well" (11).

One can understand why the idea of freedom, and a new beginning, a new found hope, caused people to migrate to America, and why they expressed very little concern over the institution of governmental, or over its oversight and operations. After all the Lady Liberty held up her lamp to light the way for all those whom she called to come and live free: and France even turned the porch light on.

"Give me your tired, your poor, your huddled masses yearning to breathe free, The wretched refuse of your teeming shore, send these, the homeless, tempest-tossed, to me; I lift my lamp beside the golden door" (Emma Lazarus, 1849-1887, Statue of Liberty, New York Harbor)—the "great melting pot."

The immigrants were happy to be alive and free, and grateful for the ability to focus on a future. The various newspapers that were available even publicized some of the events of Congress, providing opportunities to the public masses such as:

"In 1829, as the North Carolina legislature debated an expansion of public schooling" (Spellings 1). However, classes teaching the Constitution failed to define the terms, such as citizen or people, used in the document. Instead, teachers placed their focus on the benefits and protections of the 'people' and anchoring caused the children to assume that because they were people, that they were part of that people. This is where the error for misinterpretation began.

The public felt that the democratic government appeared to be working for the benefit of the people. However, the undereducated, pauper-public had no idea that, as far as this democratic government was concerned, they were a separate class and not citizens, merely people "who only possessed rights or privileges that those in power and the Government might choose to grant [him] them" (Dread Scott, p.15).

The two statuses that represent the collective word citizen are Government and elitists; but paupers or poor are excluded. The interpretation assigned to each class character are considered givens, and do not change. . Elitism or government control by elite character, regarded as the finest, best, most distinguished, most powerful, etcetera. Public poor or pauper character, regarded as lacking material possessions, and regarded as lacking excellence, or worth, lacking good moral or mental qualities, which lives on charity, esp. on tax-supported charity; and are not included in the word citizen.

United States Supreme Court Justice Taney said that the "States have right to confer rights and privileges on whomsoever, within that State, and yet not be entitled to rights and privileges in any other State. So, to, a person may be entitled to vote by the law of the State, who is not a citizen of the State itself. And in some of the States of the Union foreigners or naturalized are allowed to vote. And the State may give the right to free negroes or mulattoes or whites, but that does not make them citizens of the State, and still less of the United States" (Houszer, 166-67).

. Former President "Reagan thus articulated the central premise of the conservative project of state reconstruction: public assistance for the poor is an illegitimate state function; policing and social control constitutes it real constitutional obligation. The conservative mobilization of crime related issues was thus a key component of the effort to legitimate the shift from 'welfare state' to the 'security state'" (Beckett, 59). This indicates the reason for directing billions of dollars, from the public funded tax-coffers, to government operated not for profit entities: prisons, etc. And that also explains why tax laws, in New York State, for example, regulate the not for profit entities that administrate themselves: because the N. Y. State requires that only 20% of the monies collected, through those tax coffers, be spent on the program itself. The logic behind the law allows the other 80% spent, to pay themselves, the administrators.

IV. The Power of Words

The Constitution is vague, bordering on subterfuge, to anyone who is unacquainted with the delineation of its terms. But the former document: The Articles of Confederation and Perpetual Union Between The States, clearly states, in Article IV, the status of character which defines 'free citizens' and their rights—or the lack thereof: "paupers, vagabonds, and fugitives from justice excluded" from privileges and immunities of free citizens. Furthermore, the status of wealth: land owners, etc., and government officers are the only free citizens in possession of full rights, privileges and

4

immunities: ergo, according to the Chief Justice Taney, of the United States Supreme Court interprets: "the words 'people of the United States' and 'citizens' are synonymous" (Dread Scott, p15).

Accordingly, the 'people' and the 'United States' and 'citizen' are synonymous to government, so then, where does the actual public fit into this picture? Moreover, whom, in terms of the publics' interest, might that public include when the use of 'best interest of the public' justifies denial of redress in a court action claim, in the government's judicial branch?

We are well aware that technicalities make the laws either enforceable or unenforceable; therefore, technically, a claim of discrimination is valid only when the entitlement exists because the technicality is met. However, according to the premise of entitlement written in the laws of the Constitution, the State agent must choose to grant them. Both reason and logic would dictate that the abandoning or waiving of the choice to grant' may take place, then, without discrimination having taken place; Therefore, is any person, with the status of poor-person, technically, discriminated against? This is the beauty in the logic of defining a citizen's character, and this premise is the deciding factor in every case that is before the court: determining the status of the litigants, before the basis for the claim is determined.

## V. Field Experience

For example, I am duly convicted; however, I have never been arrested, read the Miranda, charged, or processed: printed, photographed, so forth, for this crime or any crime the evening I was committed to the county jail; where I was held for arraignment, on a sealed indictment, without due process of law. The court did not authorize the district attorney to provide the defendant notice to appear, nor did the defendant receive such notice. There was no warrant of arrest to justify the seizure and committal to county jail, and there was no commission of crime to justify defendant's presence before the court, particularly, dressed in prison clothing and escorted by a corrections officer, the following morning at arraignment. The Judge read the record, appearance from warrant execution; the People, at that time, conceded that there was no warrant. Therefore, there was no jurisdictional-justification for the defendant's presence before the court. The court proceeded, without jurisdiction, with the arraignment. The legislators enacted these 'technicalities.' We call them laws, such as, criminal procedure, which provide protection when the police and prosecutor observe the due process of law and procedure. Laws design is to instill integrity to the system while preventing State government oppression. I learned of the illegal arraignment three years after the fact. The public-defender ignored the fact, at the time. The lower state courts overlook technicalities. These technicalities are products of State Legislated Criminal Procedure Laws, Rules, and Regulations. Procedure laws, require implementation, to protect a person from government powers encroaching upon liberty rights.

## VI. Race Discrimination: A Constitutional Difference For Standard Application

5

Legal standings built upon the technicalities of law. It is the key issue to be resolved before a case can proceed, its determination determines which application of legal standards will apply, for example, standing either entitles or excludes from certain protections: the effects of I.F.P. (in forma pauperis) petitions in the U.S. Supreme Court. "Most I.F.P.'s were from prisoners who allege violations of their constitutional rights. All the Justices agreed that only a few petitions had merit, but (Chief Justice Warren Burger, 1969 term) thought that all I.F.P. were a waste of time. In a 1965 Court of Appeals opinion (Williams v United Sates) ha had denounced the 'Disneyland' contentions of those who had been found guilty and were still trying to get out of jail by raising 'technical' objections" (Woodward, 32,33).

The former Warren Court embraced I.F.P. claims. Justice Warren went so far as to enlist his clerks to summarize the petitions and in addition to note both potential arguments of a claims that they felt existed. However, under the Burger administration, he changed that approach. "This was a court, not the office of the public defender...If some poor devil missed a point that might get his claim reviewed by the court, well that was his problem.' In criminal cases, these people had already been found guilty and were looking for technicalities and loopholes to escape their punishment" (33).

This is absurd. "On the average, those who are wrongly convicted spend 8 years in prison before evidence proving their innocence emerge; one was freed from prison after 33 years of incarceration for a crime he did not commit" (Beckett, 153).

Technicalities in the criminal justice system, such as suppression of evidence, are a criminal offense, a class B felony when committed by the defense. But, when it is committed by the State, the Supreme Court held that there are:

> "two situations in which the [Brady] rule applies are those demonstrating the prosecutor's knowing use of perjured testimony, exemplified by Mooney v. Holohan, 294 US 103(1935), and the prosecution suppression of favorable evidence specifically requested by the defendant, exemplified by Brady itself. In both situations, the prosecution's deliberate nondisclosure constitutes constitutional error—the conviction must be set aside if the suppression or perjured evidence was 'material' and there was 'any reasonable likelihood' that it could have effected the outcome of the trial…The combination of willful suppression of evidence 'more importantly,' the potential 'corruption of the truth seeking function of the trial process' requires that result" (Bagley v. U.S.).

## VII. Difference Between Status As Experienced In Society

If it had not been for Dread Scott's pursuit of his rights, Chief Justice Taney would not have had to spell it out for the man, or the public, exactly what 'freedom' in American Democracy means to both, the man, Scott, and to the public:

Justice Taney states that,"It is true, every person, and every class and description of persons, who were at the time of the adoption of the Constitution recognized as

6

citizens in the several States, became also citizens of this new political body: but none other; it was formed by them, for them, and their posterity, but for no one else.

"It is not a power to raise the rank of a citizen anyone born in the United States, who, from birth or parentage, by the laws of this country, belong to an inferior or subordinate class…The provisions of the Articles of Confederation was, 'that the free inhabitants of each of the States, paupers (poor people), vagabonds (homeless people), and fugitives excepted (excluded, omitted, barred, left out), should be entitled to all privileges and immunities of free citizens of the several States."

"Hence, "it is said that a person may be a citizen, and entitled to that character, although he does not possess all the rights which may belong to other citizens…It cannot for a moment be supposed, that a class of persons thus separated and rejected from those who formed the sovereignty of the States, were yet intended to be included under the words 'free inhabitants," in the preceding article, to whom privileges and immunities were so carefully secured in every State."

"The basis of the "legislation of the States therefore shows, in a manner not to be mistaken, the inferior and subject condition of [the poor white public paupers, prior to the emancipation, when the Articles of Confederation took effect; and including to newly emancipated colored people who became free-public-colored-paupers] at the time the Constitution was adopted [Article IV Articles of Confederation: excluding paupers, vagabonds, and fugitives from justice]…and it is hardly consistent with respect due these States, to suppose that they regarded at the time, as fellow-citizens and members of their sovereignty, a class of beings whom they had thus stigmatized; whom, as we are bound out of respect to the State sovereignties, to assume they had deemed it just and necessary thus to stigmatize, and upon whom they had impressed such deep and enduring marks of inferiority and degradation; or that when they met in convention to form the Constitution they looked upon them as a portion of their constituents, or designed to include them in the provision so carefully inserted for the security and protection of the liberties and rights of their citizens…"

"More especially it can not be believed…States…would have consented to a Constitution which might compel them to receive them in that character…for if they were so received, and entitled to privileges and immunities of citizens, it would exempt them from the operation of the special [Crim.Proc.,Penal] laws and from police regulations which they considered necessary for their own safety…" (Huszar, and Dread Scott).

### State Prosecutors, Due Process of Law, & Immunity

In light of "inadequate defense counsel, widespread use of snitches [compensated], police and prosecutorial misconduct, false—and sometimes coerced—confessions, reliance on eyewitness testimony, fraudulent or "junk" science [expert witness instead of actual expert used because actual expert will refute prosecutions false theory], and ongoing racism [wealthy paying to cover up their kids crimes] in the criminal justice system substantially contribute to the problem of wrongful conviction" (Innocence project, n.d.)(McIntyre, 152).

7

It is frightening to know that, in light of the aforementioned inadequacies infringing upon the poor that immunity is privilege entitled to prosecutions witnesses. It prohibits liability from suits claiming perjury against the defendant in criminal cases. The police, the expert witnesses, all free to give false testimony without worry of repercussions.

Why Public-Defenders Cannot be Reprimanded for Ineffective Assistance of Counsel or Conflict of Interest: Southam's lawyer argued that 'If the whole professions doing it, how can you call it unprofessional conduct" (Skloot 134)?

Investments: Public-Welfare, Public-Education or Public-Incarceration, have the States figured out a way for to allocate money from public-tax-coffers—self-appointed-payees as an alternative to the free-public-recipient collecting assistance?

"In 1993, Texas rejected a bid to infuse its [public] schools with $750 million but approved $1 billion to build more prisons" (Coates). In 1995, governor George W. Bush presided over a government that opened a new prison nearly every week. Under Bush, the state's prison budget rose from $1.4 billion to $2.4 billion, and the total number of prison beds went from about 118,000 to more than 166,000. Almost a decade later Bush, by then President of the United States, decided that he and the rest of the country had made a mistake. 'This year, some 600,000 inmates will be released from prison back into society,' Bush said…, "We know from long experience that if they cant find work, or a home, or help, they are much more likely to commit a crime and return to prison" (71). There has been a 66 percent increase in State prison population between 1993 and 2001." " In absolute terms, American Prisons and jail population from 1970 until today increased sevenfold from 300,000 people to 2.2 million" (12).

Democracy appears to out-do Russia when it comes to oppressing the public. "America's closest to scale competitor Russia—and with an autocratic Vladimir Putin locking up about 450 people per 100,000, compared with our 700,000 or so isn't much of a competition" (13).

November 5, 2018, Social Construction of The Idea of Race, Cont.

"In 1960, Lyndon Johnson explained to an aid what generations of white politicians had done: 'I'll tell you what's at the bottom of it. If you can convince the lowest white man that he's better than the best colored man, he won't notice you picking his pocket. Hell, give him somebody to look down on, and he'll empty his pockets for you. (Dallek 1991, p.584)," (Danzieger, p.397).

"Historical research ascertains that at the date of the Conquest the rural population of England were generally in a servile condition, and under various names, denoting slight variances in condition, they were sold with the land like cattle, and were part of its living money" and with great benefit to the public without doing injury to present masters, ie.,States, removed the reproach of allowing such a state of servitude, ie., slavery, to exist, through privatized ownership, in a free country. The quoted opinion of Lord Mansfield, page 64-65, Dread Scott v. Sanford.

"Richard Henry Lee, one of the committee who reported the ordinance to Congress, transmitted to George Washington (15th July 1787) saying, 'it seemed necessary, for security property among uninformed and licentious people, as the greater part of those who are, that a stronger-toned Government should exist, and the rights of property be clearly defined" (Dread Scott, p. 67). The States claiming by concent of the "inhabitants" for the enactment which prevent Congress from appropriating Federal Protection of the "excepted" pauperis class of people whom the States presently oppress, with full force of law, within the State courts.

Heretofore, however, there may be hope, wherein Congress was authorized to govern possessions acquired after the Spanish-Am,erican War without regard to various Constitutional limitations. Downes v. Bidwell, 182 U.S. 244 (1901); combined with the Executive authority  of U.S. Constitutiona Article II, section 3, and the statement that "all persons born in the United States, and subject to the jurisdiction thereof, are citizens of the United States..." id at 702. where the meaning was confirmed in Yic Wo v. Hopkins, 118 U.S. 356 (1886), where uniform denial of [] to [] is unconstitutional, ergo. the Four-teenth Amendment, embodying citizenship [albeit excluded by the States] provision of 1866 Civil Rights Act, excluding only persons subject to foreign power; or aliens residing within the jurisdiction of a state for the purpose of equal protection clause. US v. Wong Kan Ark, citing Yic Wo.

The uninformed poor public are presently informed of their exclusion by the States, denying them all rights and privileges, afronted with pretense only; and that the State's hold the poor as: "the moral pestilence of paupers, vagabonds, and possibly convicts" See New York v. Miln, 36 US (11 Pet.) 102, 142-43 (1837); and the question of State authority to exclude paupers: Henderson v. Mayor of New York, 92 US 259, 275 (1876). And Edwards v. California, 314 US 160 (1941): which can not explain my presence in prison and have not ever been arrested on the charges convicted of?

STATE OF NEW YORK            )
WESTCHESTER COUNTY           )
BEDFORD HILLS, NEW YORK )  ss:

RE: CATTARAUGUS COUNTY COURT
    LITTLE VALLEY, NEW YORK
    NOVEMBER 9, 2018
    DECISION AND ORDER
    INDICTMENT 15-48
    J. PLOETZ

    I, Tina Lynne Wagoner, affirm, under penalty of perjury,
the following reply, to the above named order:

1.  Wagoner did affirm to the correctness of special prosecutor
involvement, pursuant to 810.10.7 of the Criminal Procedure
Law of the State of New York; maintaining stand: that, D.A.
Rieman tampered with physical evidence, in concert with Salamanca
Police Department, Officer T. Owens and NYSDSS-CPS Case worker
Patriucia Growney, suppressing the criminal conduct of a private-
actor's crime, a class B felony rape of a child less than
thirteen; where probable cause for arrest was in possession
of said officials, on October 30, 2012: vaginal exam, conducted
by Dr. Pamela Salzman in connection with the child's disclosure
of her rape by Christopher Terhune-aforementioned-private-
actor; further, Prosecution's witness, affirms the specific-
three-State-actors-presence-during-exam-and disclosure-made
by the child, Emily Renee Wagoner, age Twelve; See Trial-
Transcript-Testimony, given by Dr. Pamela Salzman, page_____.

i)   The disclosure is contained in the New York State Unified
Court Record, Docket NN-1344-12, Cattaraugus County Family Court,
Page 7, Neglect Petition.

ii)   Thus, providing irrifutible evidence to the "full Faith
and Credit" afforded to State Records and Proceedings.

iii  The "direct presentment" was in affect, the D.A.'s knowing
creation of false or misleading evidence -via- selective
presentment before a grand jury; and a continued, aided,
suppression of exculpatory material to innocence of Wagoner.

2.  Wagoner states as fact, that she was not being held by
Cattaraugus County Jail, on a seperate or related matter when
she appeared for arraignment, without prior arrest or notice,
on instant charges, as J. Ploetz erroneously claims, in the
aforementioned Order; further, recusal would have been proper
under the instant charges, filed with Cattaraugus County Court,
as Official Misconduct was, and is, claimed against him.

i)  Pursuant to Penal Law, Section 215.40, "A person is guilty
of tampering with physical evidence when: with the intent that
it be used or introduced in official proceeding or prospective
official proceeding, he (a) knowingly makes, devises or prepares
false physical evidence, or (b) produces or offers such evidence
at such a proceeding knowing it to be false; or _andN Believing
that certain physical evidence is about to be produced or used
in an official proceeding, and intending to prevent such
production or use, he suppresses it by an act of concealment,

alteration or destruction, or by employing force (December 11,
2017, Motion to Compel the People: Disclosure: CCFC, Docket
NN-1344-12, etc), intimidation or deception against any person;
or the defendant, Wagoner.

ii)    Recusal was the proper action to be taken in the Cattaraugus
County Court; Possibly, a change of venue, where the justice
is, a party to the claims resulting from official misconduct,
and Wagoner and her child's false imprisonment.

The decision (s) from this court are wrong.

VERIFICATION BY SUBSCRIPTION AND NOTICE<br>UNDER PENAL LAW SECTION 210.45

It is a crime, punishable as a class A misdemeanor, under the
laws of the State of New York, for a person, in and by a written
instrument, to knowingly make a false statement, or to make
a statement, which such person does not believe to be true.

_____
Tina Lynne Wagoner, Pro se


CC: Michael A Neal- Appeals Atty
Lori Pettit Rieman CCDA

November 10, 2018

Legal Aid Bureau
Michael S. Deal, Esq.                    Re: Tina Lynne Wagoner
295 Main Street, Suite 350                   Appeal KA16-02366
Buffalo, New York 14202                      Fourth Department
                                             Indictment 15-48

Dear Michael S. Deal, Esq.,

    This correspondence is made with the request that you reply
to affirm, pursuant to 22NYCRR §1000.4(a)(1)(i) and (iii): to
stipulate record on appeal, which defendant is entitled to take
notice therein, thereof; and

    Pursuant to §§1.20.16(b), "criminal action," "regardless
of the court in which they occured or were made,[NYCPL §10.10.7,
"Notwithstanding any other provision of this section, a court
herein which possesses civil as well as criminal jurisdiction
does not act as a criminal court when acting solely in the
exercise of its civil jurisdiction, and an order determination
made by such a court in its civil capacity is not an order or
determination of a criminal court eventhough it may terminate
or otherwise control or affect a criminal action or proceeding"],
could properly be considered as part of the record of the case
by an appellate court upon an appeal from a judgment of
conviction; and (c) terminates with the imposition of sentence
or some other final disposition in a criminal court of the last
accusatory instrument filed in the case;" and

    Pursuant to §1.20.18 "criminal Proceeding" "means any
proceeding which (a) constitutes a part of a criminal action
or (b) occurs in a criminal court and is related to a
prospective, pending or completed criminal action, either of
this state or of any other jurisdiction, <u>or involves a criminal
investigation</u>;" and

    Pursuant to §1.20(17) "commencement of criminal action,"
"A criminal action is commenced by the filing of an accusatory
instrument against the defendant in a criminal court, and if
more than one accusatory instrument is filed in the course of
the action, it commences when the first such instrument is
filed;" heretofore,

    Pursuant to §100.05.5, "Afelony complaint" was filed pursuant
to §10.10.7, in the Cattaraufus County Family Court, One Leo
Moss Drive, Olean, New York 14760, on August 31, 2012 and on
October 30, 2012 [re: August 28, 2012 incident involving
Christopher Terhune, and October 29, 2012 incident involving
Thomas Doner; codefendants alleged]; and the criminal part
"filing therewith by a grand jury against a defendant who has
<u>never been held by a local criminal court for the action of
such grand jury...</u>" citing §10.10.7; and

    The requested confirmation for the proper inclusion of
all material, in addition to the parts [Dr. Salzman's report
from exam at Children's Advocacy Center, Olean; and statement]
used by prosecution to obtain her indictment and entered
as people's exhibits at trial: Ergo, Docket NN-1344-12 and
B-00815-14, File No. 8257 and Case No. 25359896; also outside
investagatory records obtained by: Youth and New Directions,
Whyndom Lawn Facility, WCA Jones Hill Psychiatric Records,
Dr. Abassie, Salamanca Police Department [5 recorded interviews

peer

P. 2, fm. Cont.

with Emily Renee Wagoner, my daughter, and the singularly alleged victim of the crimes accused]; hence,
    Defendant's request of Cattaraugus County Court, that the NYSCPL §440.10 application be combined with appeal in the interest of judicial economy, pursuant to 22NYCRR 1000.13(n) consolidation [tolling, Docket OP16-01001, dated 7/12/16], on Cattaraugus County Court's denial of Defendant's or defense's discovery demand from the people, the records, Rosario and Brady, which belong to the defendant; and, the people's failure to disclose said material [Five recorded interviews, conducted by Salamanca Police Department, fron November 20, 2012 through October 15, 2013] exculpating defendant, prior to the termination of said requested Family Court Docketings in October 2014; but heretofore, turned over November 2015, under Indictment 15-48.
    Please affirm this stipulation, for the full and fair review on appeal at the Appellate Division, Fourth Department.

_Tina Lynne Wagoner 16G0694_
NYSDOCCS 120-009-17

cc: Cattaraugus County Family Court Clerk
Pursuant to 22NYCRR §1000.20(a)(b)(1)(5)
        Cattaraugus County Court
        Cattaraugus County District Attorney
        Appellate Division, Fourth Department

Copy



SWORN BEFORE ME THIS
DAY OF NOVEMBER 2018

            NOTARY PUBLIC

DA Lori Rieman Sued for 3 Million, Cat County for 1 Million, Taxpayers on the Hook (Cattar...

Rieman's victim what happened. The victim tells him he is not allowed to vote according Richards and she won't get him his transcripts. The Trooper, understanding the law better than Richards, tells the victim that he had every right to vote and he stated to meet him at the court house to ensure he could vote. The Trooper met him at the voting station to ensure he was allowed to vote. It's good to see there are still some folks in the county who take the law seriously. As a side note, Richards is also a judge in Machias and the town court clerk in Ellicottville, she really gets around.

September 2013, almost a year after the voting incident, the victim goes to court, thinking he is there about his appeal, his lawyer failed to show up at court on this day. The Probation department is there, Rieman starts asking the Probation department, if they amended the probation violation with the new one that allegedly occurred in November of 2012. The Probation department officer stated "There is only one probation sentence, there is only one sentence. It was based on the conviction for assault that in the Town of Yorkshire". The victim had no idea what they were talking about, he was totally confused.

Now it gets interesting... because Rieman's victim, being on probation at the time of the voting issue, was required to report any police contact within 48 hours, he does so, with a call and a visit to the local probation office as a matter of fact concerning the voting incident, WITH WITNESSES. The County Probation department acknowledged this, and there is not one mention of this again for entire year while the appeal was at the county court for the Town of Yorkshire assault charge conviction. On this day in September 2013, the violation shows up but his lawyer fails to appear. The victim tells the court that his lawyer failed to appear, so, in the interest of justice, the court should have adjourned the hearing at that point. What did they do? They claimed the victim was acting pro-se and moved forward. How could the court move forward when there is no other "violation" in November 2012 and the probation department admitted it in 2013 (see the transcript)?

What's more interesting is he was on the phone with the lawyers Secretary when all this was going down (see phone records below) and his lawyer didn't know what was going on?

Lori Rieman strikes again! Rieman, who was the one railroading the people, things up another bogus charge against the victim, who mind you was there without his lawyer, can you say ambush? She makes the bogus claim that her victim violated his probation by failing to inform the Probation department back on the November, during the voting incident, and attempts to have him incarcerated for another year, unless...

On November 14, 2013 the actual assault charge being sent back to the Yorkshire Town Court concerning the 30.30 motion time limit issue, "Judge" Daniel Laird, J.L., granted the request made by the District Attorney's Office and issued a one-sentence Decision: *"After reviewing the 30/30 motions presented to this court and previous court records, I hereby deny the defendants [sic] motion."* The Town Court failed to specify any dates or period(s) of time that it held to be excludable from the People's speedy trial time; or to provide any calculation or determination of speedy trial time to the County Court. Nor did the court provide any controlling case law that would allow it to rule in this manner the way it did. Really got to wonder about this guy. People of Yorkshire this guy has got to go...

...so off to the county court again to appeal the final decision of Judge Dread.

On December 2nd, 2013, the victim has to appear again in County Court thinking the hearing is about the appeal concerning the original assault charge. At this point, Rieman, his lawyer and the County Judge have a closed door meeting without him being present. His lawyer walks out, appearing confused, ask's him if he had any prior police contact, on, or about the November 2012 time frame, the voting incident. The victim was taken aback... he could not believe what he was hearing, he believed he was being set up again. It was a probation violation hearing, not a hearing on the Appeal, the old switch-a-roo-rieman!

NOTICE:

This is a reported incident regarding The DA — Preston-Salamanca ADA

* Threats of CPS
+ Salamanca Police

Against another Family

I'm not the only Victim of Cattaraugus County Corruption of Public Servants #

11/1/2015

5

STATE OF NEW YORK
CATTARAUGUS COUNTY COURT

_____

People of the State of New York          MOTION TO COMPEL PRODUCTION
                                         OF RECORDS "ON A SEPERATE
                                         MATTER" STATED IN J. PLOETZ
                                         NOVEMBER 9, 2018 DECISION
                                         AND ORDER: RE: CROSS-MOTION
                        -vs-             "UNLAWFUL SEIZURE-DEFENDANT"

Tina Lynne Wagoner, Defendant.          Indictment 15-48

_____

PLEASE TAKE NOTICE that upon the annexed duly verified affidavit
of Tina Lynne Wagoner, and upon all the proceedings had herein,
the undersigned will move this Court at the Cattaraugus County
Courthouse, 303 Court Street, Little Vlley, New York, on December
12, at 9:00 a.m. or as soon thereafter as motion can be heard,
for a order directing the People to produce official records:
of arrest, public-defender-assigned, arraignment minutes, pre-
sentence investigation report, and disposition- "on seperate
matter," to supply all official records of her Office pertaining
to the "seperate matter" Wagoner was alleged to have been
previously detained on "when she was produced from jail to be
arraigned" on Indictment 15-48, to the undersigned and to permit
prose movant [and her appellate-counsel] to inspect, copy and
make copies of the aforesaid record with the view of establishing
that Wagoner was not, in fact, "being held on a seperate matter"
when she was produced from jail to be arraigned on the "instant
charges" and was, in fact, [6.(b)(i) of cross-motion] never
arrested, even though she was told that there was a warrant,
before she was committed to Cattaraugus County Jail, on the
evening of February 18, 2015, and arraigned the following
morning, when the People conceded that ther had been no warrant,
and for such relief as the Court may seem just and proper.

Dated: _November 26, 2018_          _____ Tina Lynne Wagoner, Prose

cc: Cattaraugus County D.A. Rieman
    Appellate-Atty. Michael S. Deal, Esq.

STATE OF NEW YORK
CATTARAUGUS COUNTY COURT

People of the State of New York

AFFIDAVIT IN SUPPORT OF MOTION
FOR PRODUCTION OF RECORDS
TO VERIFY LEGITIMATE PRE-
ARRAIGNMENT DETENTION "ON
A SEPERATE MATTER" WHICH IS
DISPUTED AS ERRONEOUS CLAIM
MADE IN NOVEMBER 9, 2018 RECORD

-vs-

Tina Lynne Wagoner, Defendant.        Indictment 15-48

STATE OF NEW YORK      )
WESTCHESTER COUNTY     )
BEDFORD HILLS          ) ss:

Tina Lynne Wagoner, being duly sworn, deposes and says:

1. I am the deponent and defendant in Indictment 15-48.

2. On February 18, 2015, I was at liberty and a law abiding citizen of the City of Salamanca, in the Sae of New York.

3. I was at home conversating during a social gathering when there was a knock at the door, which I answered. It was the Salamanca Police Department's Officers standing on the pourch. They stated that they had a warrant for my arrest. I asked them to wait there while I got my coat on and left instructions with a frien. I then opened the door, went out, and without cuffing me, I was escorted to the Salamanca Police Department, where I was detained, without the executing officer performing fringer- printing or photographing, and was turned over to Cattaraugus County Sherrif's Deputy, who transported me to and committed me into the Cattaraugus County Correctional Officers care, where I remained until morning, and then escorted up to Court for arraignmnet.

4. I was not previously arrested and detained in CCJ prior to being committed under false pretext of a warrant on Februart 18, 2015.

5. I was illegally seized under false pretext of a warrant. I have been unlawfully imprisoned ever since February 18, 2015.

NOVEMBER ___ 2018
SWORN BEFORE ME THIS DAY

NOTARY PUBLIC

NIKISHA L. DIXON-NESMITH
Notary Public, State of New York
No. 01DI6263846
Qualified in Westchester County
My Commission Expires Nov. 23, 20

FOREVER US PURPLE HEART
FOREVER US PURPLE HEART
FOREVER US PURPLE HEART
FOREVER USA PURPLE HEART
ADDITIONAL OUNCE USA

47 Harris Rd.
Bedford Hills, N.J. 10507

US District Court
Western District of New York
2 Niagara Square
Buffalo, N.Y. 14202

CORRECTIONAL FACILITY

Correctional Facility

Legal Mail

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

18 CV 6850

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Tina Lynne Wagoner*
*Emily R. Wagoner*

## DEFENDANTS
*Lori Pettit-Rieman*
*Ronald B Plotz*
*Terry Parker et al*

**(b)** County of Residence of First Listed Plaintiff *Cattaraugus / Niagara*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *Cattaraugus*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. *Allegany Co.*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro Se - Tina Lynne Wagoner*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education *(violation of Civil Rights + Insurance Fraud)*

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*18 USCA Sections 1503, 1512, 1513, 1951 - Filed w/ Research paper*
Brief description of cause:
*☒ Kidnapping Obstruction of Justice - criminal investigation - State brokered*

## VII. REQUESTED IN COMPLAINT:
- ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ *1.00*
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER *NYSDOCCS No.*

DATE *11/11/18 (2018)*
SIGNATURE OF ATTORNEY OF RECORD *Tina Lynne Wagoner Pro Se 120-009-17*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

*18 CV 6850*

JS 44 *(Rev. 06/17)*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Tina Lynne Wagoner*
*Emily R. Wagoner*

## DEFENDANTS
*Lori Pettit-Rieman*
*Ronald D. Plotz*
*Terry Parker*

**(b)** County of Residence of First Listed Plaintiff *Cattaraugus*
*(EXCEPT IN U.S. PLAINTIFF CASES)*
*Niagara*

County of Residence of First Listed Defendant *Cattaraugus*
*(IN U.S. PLAINTIFF CASES ONLY)*
*Allegany Co.*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro Se – Tina Lynne Wagoner*
*Paupers – Class Action – Actual innocence – civil rights extortion – claim*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education *Extortion of civil rights and Insurance Fraud, etc.* | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*18 USCA Sections 1503, 1512, 1513, 1951*
Brief description of cause:
*Kidnapping - Obstruction of Justice - criminal investigation - State brakes*

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
*Rights + Justice*
DEMAND $ *1.00*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE *11/11/18 (2018)*
SIGNATURE OF ATTORNEY OF RECORD *Tina Lynne Wagoner Pro Se* *NYSDOCS No. 120-009-17*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____