Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

Tina Lynne Wagoner

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-cv-6850

v.

Lori Pettit-Rieman, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court shall administratively terminate this action without filing the Complaint or assessing a filing fee.

Date: December 26, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Elizabeth Burger
    Deputy Clerk