AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Western District of NY

| | |
|---|---|
| TINA LYNNE WAGONER,<br>*Plaintiff*<br>v.<br>LORI PETTIT-RIEMAN, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  18-cv-6850 MAT<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  The Complaint is dismissed without prejudice.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Michael A. Telesca  on motion for _____ dismissing complaint without prejudice.
_____ .

Date:  05/17/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*